473 A.2d 671

Commonwealth v. Rose, Appellant.

Submitted January 5, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.